DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF: Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Igor Mayzenberg as owner of Condominium Parcel 1007 of DUO CONDOMINIUM EAST, with an address of 1755 E. Hallandale Beach Blvd., Unit 1007, Hallandale, FL 33009

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $2,835,489.72 | and | |

in the United States District Court for the Southern District of Florida, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Igor Mayzenberg

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE 1755 E. Hallandale Beach Blvd., Unit 1007 | DISTRICT Southern |
| CITY Hallandale | DATE March 28, 2023 |

Witness the Honorable ______________________________

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

Print Reset Form