# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

MAYZENBERG, IGOR
1650 WEST 10TH STREET
B2
BROOKLYN, NY. 11223

**J22000521205**
**FILED**
**Nov 10, 2022 11:05 A.M.**
**Secretary of State**
MSOLOMON

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

GOVERNMENT EMPLOYEES INSURANCE COMPANY
5260 WESTERN AVENUE
CHEVY CHASE, MD 20815
DOS DOCUMENT#: 807412

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

DREW KRIEGER
DKRIEGER@SGRLAW.COM

---

AMOUNT DUE ON MONEY JUDGMENT: 2,835,489.72
APPLICABLE INTEREST RATE: 0.00%
NAME OF COURT: US DISTRICT COURT SD OF FL
CASE NUMBER: 22-MC-62031-RNS
DATE OF ENTRY: 09/08/22
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: DREW KRIEGER