BROWARD COUNTY FLORIDA

Broward County

Transaction #: 12573675

Receipt #: 9971959

*How was our service?*

*Let us know by scanning the QR code*

BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS

Records, Taxes & Treasury Division
115 South Andrews Avenue Rm 114
Fort Lauderdale, FL 33301
Tel. (954) 831-4000 Fax (954) 357-7267
http://www.Broward.org/RecordsTaxesTreasury

Cashier Date: 12/8/2022 11:26:42AM

Print Date: 12/8/2022 11:26:53AM

SMITH GAMBRELL RUSSELL
50 N LAURA STREET
SUITE 2600
JACKSONVILLE, FL 32202

Payment Summary

| | |
|---|---|
| Total Fees | $100.82 |
| Total Payments | $100.82 |
| | $0.00 |

## 1 Payment

| | | |
|---|---|---|
| **Check** | **#020953** | $100.82 |

## 3 Miscellaneous Item

**AGENTTRANSMITTAL/MISC**

**NOTICE OF RECORDING CJF**

**MAILING DOCUMENTATION**

## 3 Official Record

It is the responsibility of our customers to inspect their recording receipt, to verify the accuracy of the information keyed. Should you find a mistake, please contact us immediately and the correction will be made within 24 business hours after notification. Submit corrections to: records@broward.org

**Certified Judgment - Foreign**

Instrument #: **118560903** Date: **12/8/2022 11:26:41AM**

Judgment Holder: GOVERNMENT EMPLOYEES INSURANCE COMPANY
GEICO INDEMNITY COMPANY
GEICO GENERAL INSURANCE COMPANY

Debtor: MAYZENBERG,IGOR

| | | |
|---|---|---|
| Recording @ 1st=$10 Add'l=$8.50 ea. | 2 | 18.50 |
| Indexing @ 1st 4 Names Free, Add'l=$1 ea. | 5 | 1.00 |

**Certified Judgment - Foreign Hide from Web**

Instrument #: **118560904** Date: **12/8/2022 11:26:41AM**

Judgment Holder: GOVERNMENT EMPLOYEES INSURANCE COMPANY
GEICO INDEMNITY COMPANY
GEICO GENERAL INSURANCE COMPANY

Debtor: MAYZENBERG,IGOR

| | | |
|---|---|---|
| Recording @ 1st=$10 Add'l=$8.50 ea. | 5 | 44.00 |

Broward County Transaction #: 12578675 Receipt #: 9971959

| | | |
|---|---|---|
| Indexing @ 1st 4 Names Free, Add'l=$1 ea. | 5 | 1.00 |

**CJF Affidavit**

Instrument #: **118560905** Date: **12/8/2022 11:26:41AM**

REF#: 1650 WEST 10TH STREET #B2

Affiant(s): GOVERNMENT EMPLOYEES INSURANCE COMPANY
GEICO INDEMNITY COMPANY
GEICO GENERAL INSURANCE COMPANY

Subject(s) {if applical MAYZENBERG,IGOR

| | | |
|---|---|---|
| Recording @ 1st=$10 Add'l=$8.50 ea. | 2 | 18.50 |
| Indexing @ 1st 4 Names Free, Add'l=$1 ea. | 5 | 1.00 |
| Notice of Recording - Preparation Fee@ $7.00 per d | 1 | 7.00 |
| New FeeRate - Certified Mail 7-15-2022 | 1 | 7.82 |
| Copies @ $1 per page | 2 | 2.00 |

*Bank of America Tower*
*50 N. Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904-598-6100*
*www.sgrlaw.com*

Smith Gambrell Russell

*Drew Krieger*
*Direct Tel: 904-598-6392*
*Direct Fax: 904-598-6292*
*dkrieger@sgrlaw.com*

December 7, 2022

***VIA FEDEX***

Broward County Governmental Center
Records, Taxes and Treasury, Room 114
Attn: Specialty Desk
115 S. Andrews Avenue
Ft. Lauderdale, FL 33301

Re: Government Employees Insurance Co. et. al. v. Mayzenberg et. al.
Case No: 22-mc-62031-RNS
Recording of Judgment

Dear Clerk:

Please record the enclosed certified copy of the Original Judgment entered against Defendant, Igor Mayzengerg on September 8, 2022, in the United States District Court Eastern District of New York; Case No: 17-cv-2802-ILG. This judgment is two (2) pages in length.

Please also record the Amended Final Judgment entered against Defendant, Igor Mayzenberg on November 7, 2022, in the United States District Court Eastern District of New York; Case No: 22-mc-62031-RNS. The judgment has one (1) Defendant and is five (5) pages in length. (Four (4) pages for the judgment and 1 page for the Order Acknowledging Registration of Judgment). Please include the Order Acknowledging Registration of Judgment as the last page of the Amended Judgment.

We have also included the original notarized affidavit of last known address for Defendant, Igor Mayzenberg. Please also find with this correspondence a cashier's check payable to Board of County Commissioners in the amount of $100.82 for the processing fee along with a self-addressed, stamped return envelope to return a copy of the recorded judgment.

Please contact our office at 904-598-6392 with any questions regarding the above matter.

With regards,

*/s/ Drew Krieger*

Drew Krieger
Associate

DK/cde
Enclosures

Case 1:17-cv-02802-ILG-LB Document 315 Filed 09/08/22 Page 1 of 2 PageID #: 14233

INSTR # 118560903
Recorded 12/08/22 at 11:26 AM
Broward County Commission
2 Page(s)
#1

A TRUE COPY
ATTEST
DATE November 29, 2022
BRENNA B. MAHONEY
CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiffs,

JUDGMENT
17-CV-2802-ILG

v.

IGOR MAYZENBERG, ET AL.,

Defendants.

---------------------------------------------------------------X

This is to certify that a copy of this recording was sent, certified mail, to the parties at the addresses given in the affidavit recorded concurrently herewith. 12/8/22

County Administrator
By

A Memorandum and Order of United States Distict Judge I. Leo Glasser, having been filed on September 6, 2022, directing the Clerk to enter final judgment as proposed by the parties; it is

ORDERED and ADJUDGED that:

1. GEICO shall recover from the Defendant Igor Mayzenberg damages in the amount $2,835,489.72 on its claims for violation of 18 U.S.C. §1962(c);

2. GEICO shall recover from the Defendants, Igor Mayzenberg, Igor Dovman, Tamilla Dovman a/k/a Tamilia Khanukayev, Sanli Acupuncture, P.C. and Laogong Acupuncture, P.C., jointly and severally, damages in the amount of $2,835,489.72 on its claims for violation of 18 U.S.C. §1962(d); and

3. GEICO shall recover from the Defendants, Mingmen Acupuncture Services, P.C., Igor Mayzenberg, Igor Dovman and Tamilla Dovman a/k/a Tamilia Khanukayev, jointly and severally, damages in the amount of $945,163.24 on its claims for common law fraud and aiding and abetting fraud.

This judgment shall bear post-judgment interest at the judgment rate from the date of entry until paid.

Dated: Brooklyn, New York
September 8, 2022

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk

INSTR # 118560904
Recorded 12/08/22 at 11:26 AM
Broward County Commission
5 Page(s)
#2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Plaintiffs,

Docket No.: 1:17-cv-02802-ILG-LB

-against-

IGOR MAYZENBERG,
MINGMEN ACUPUNCTURE SERVICES, P.C.,
SANLI ACUPUNCTURE, P.C.,
LAOGONG ACUPUNCTURE, P.C.,
IGOR DOVMAN, and
TAMILLA DOVMAN a/k/a TAMILLA KHANUKAYEV,

Defendants.
--------------------------------------------------------------------X

This is to certify that on 12/8 + 12/2022 notice of this recording was sent, certified mail, to the Debtor(s) at the addresses given in the affidavit recorded concurrently herewith.

County Administrator

By Kathleen Sorini

**AMENDED FINAL JUDGMENT**

A Memorandum and Order of the Honorable I. Leo Glasser, United States District Judge, was filed on August 24, 2022, (i) granting in part and denying in part, the motion for summary judgment of Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO"), (ii) denying the motions for summary judgment of Defendants Igor Mayzenberg, Tamilla Dovman a/k/a Tamilla Khanukayev, Mingmen Acupuncture, P.C., Sanli Acupuncture, P.C. and Laogong Acupuncture, P.C., and (iii) denying Defendant Tamilla Dovman a/k/a Tamilla Khanukayev's motion to dismiss. **NOW**, on the application of Plaintiffs seeking final judgment in this matter, it is hereby

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Randy Tobie
Date 11/7/2022

A TRUE COPY
ATTEST
DATE November 2 20 22
BRENNA B. MAHONEY
CLERK
BY
DEPUTY CLERK

5

**ADJUDGED and DECLARED** that pursuant to 28 U.S.C. §§ 2201 and 2202, Defendant Mingmen Acupuncture Services, P.C. is ineligible for reimbursement from GEICO on all pending no-fault claims; and it is further

**ORDERED and ADJUDGED** that:

1. GEICO shall recover from the Defendant Igor Mayzenberg damages in the amount $2,835,489.72 on its claims for violation of 18 U.S.C. §1962(c);

2. GEICO shall recover from the Defendants, Igor Mayzenberg, Igor Dovman, Tamilla Dovman a/k/a Tamilia Khanukayev, Sanli Acupuncture, P.C. and Laogong Acupuncture, P.C., jointly and severally, damages in the amount of $2,835,489.72 on its claims for violation of 18 U.S.C. §1962(d); and

3. GEICO shall recover from the Defendants, Mingmen Acupuncture Services, P.C., Igor Mayzenberg, Igor Dovman and Tamilla Dovman a/k/a Tamilia Khanukayev, jointly and severally, damages in the amount of $945,163.24 on its claims for common law fraud and aiding and abetting fraud.

This judgment shall bear post-judgment interest at the judgment rate from the date of entry until paid.

Dated: Brooklyn, New York
NPT September 8, 2022

Brenna B. Mahoney
Clerk of Court

August Marziliano

By: August Marziliano
Chief Deputy Clerk

Case 0:22-mc-62081-RNS Document 1-1 Entered on FLSD Docket 11/01/2022 Page 4 of 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiffs,

- against -

IGOR MAYZENBERG, ET AL.,

Defendants.

MEMORANDUM AND ORDER
17-CV-2802

A TRUE COPY
ATTEST
DATE November 17 2022
BRENNA B. MAHONEY
CLERK
BY
DEPUTY CLERK

**GLASSER**, Senior United States District Judge:

Before the Court is Plaintiffs' renewed motion, filed on October 12, 2022, seeking authorization to register in the United States District Court for the Southern District of Florida this Court's amended final judgment, ECF No. 157, against Igor Mayzenberg ("Mayzenberg") and his co-defendants. ECF No. 163. No defendant has opposed the motion within the fourteen days allowed by Local Civil Rule 6.1(b). For the following reasons, the motion is **GRANTED**.

Plaintiffs' motion depends on 28 U.S.C. § 1963, which in relevant part provides as follows:

> "A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown."

28 U.S.C. § 1963. All Defendants, including Mayzenberg, have filed appeals. *See* ECF Nos. 161, 164, 165. Thus, Plaintiffs' motion may be granted only for good cause shown. *See A/S Siljestad v. Hideca Trading, Inc.*, 96 F.R.D. 7 (S.D.N.Y. 1982) ("A judgment from which a pending appeal has been taken is not 'final by appeal' . . . ."). Good cause under § 1963 may be established "upon a mere showing that the defendant has substantial property in the other [foreign] district and insufficient [property] in the rendering district to satisfy the judgment." *Andes Petroleum Ecuadro*

*Ltd. v. Occidental Expl. & Prod. Co.*, No. 21-CV-3930, 2022 WL 3227874, at *4 (S.D.N.Y. Aug. 10, 2022) (quoting *Jack Frost Labs., Inc. v. Physicians & Nurses Manuf. Corp.*, 951 F. Supp. 51, 52 (S.D.N.Y. 1997)).

Plaintiffs argue that good cause exists here because (i) Mayzenberg owns property in the Southern District of Florida; and (ii) he lacks assets in the Eastern District of New York sufficient to satisfy the $2,835,489.72 judgment for which he is jointly and severally liable. Pls.' Mem. Supp. Mot. ("Pls.' Mem.") 2–3, ECF No. 163-1.

In support of the first contention, Plaintiffs have adduced copies of a deed and mortgage that show Mayzenberg owns a condominium in Broward County, which lies within the Southern District of Florida. *See* Decl. of Steven Henesy, Ex. 8, at 71–102, ECF No. 163-2. The signatures of "Igor Mayzenberg" appear identical on the Florida mortgage and a mortgage for a Brooklyn property that Mayzenberg part-owns. *Compare id.* at 89, *with* Henesy Decl. Ex. 6, at 67.

As evidence that Mayzenberg's assets within the Eastern District of New York are insufficient to satisfy this Court's judgment against him, Plaintiffs point to Mayzenberg's closure of two bank accounts. Pls.' Mem. 4–5; Henesy Decl. Ex. 4, at 27–28. They also show that the total value of the Brooklyn property which Mayzenberg part-owns is likely less than the judgment amount. Pls.' Mem. at 5; Henesy Decl. Ex. 7, at 70.

Thus, Plaintiffs have made the evidentiary showing required to establish good cause under § 1963. Accordingly, Plaintiffs' motion, ECF No. 163, for authorization to register in the Southern District of Florida this Court's amended final judgment is **GRANTED**.

SO ORDERED.

Dated: Brooklyn, New York
October 28, 2022

/s/
I. Leo Glasser
Senior United States District Judge

United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Government Employees Insurance co et al., Plaintiffs, | ) | |
| | ) | Case No. 22-mc-62031-Scola |
| v. | ) | |
| | ) | |
| Igor Mayzenberg et al., Defendants. | ) | |

**Order Acknowledging Registration of Judgment**

The Plaintiffs filed this matter to record their "judgment in an action for the recovery of money or property entered in . . . [another federal] court." 28 U.S.C. § 1963. Despite a pending appeal in the underlying matter, the Eastern District of New York granted the Plaintiffs leave to register the judgment before this Court pursuant to Section 1963. (ECF No. 1-1.)

Accordingly, the Court acknowledges this filing, and deems the judgment registered in this District to the extent it is consistent with 28 U.S.C. § 1963. The Court **grants** the Plaintiffs' motion for relief from the Clerk's directive to file a Form AO 451 (**ECF No. 6**) and directs the Clerk to **close** this matter.

**Done and ordered** in chambers at Miami, Florida on November 2, 2022.

Robert N. Scola, Jr.
United States District Judge

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Randy Tolue
Deputy Clerk
Date 11/7/2022

ŋ

INSTR # 118560905
Recorded 12/08/22 at 11:26 AM
Broward County Commission
2 Page(s)
#3

**AFFIDAVIT OF STEVEN T. HENESY**
**PURSUANT TO FLA. STAT. 55.10**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Steven T. Henesy, Esq., being duly sworn, deposes and states that the following is true under the penalties of perjury:

1. I have personal knowledge of the statements that are made in this affidavit and would testify to them in a court of law if called upon to do so.

2. I am a partner at with the law firm of Rivkin Radler LLP and am counsel for Plaintiffs-Judgment Creditors, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company in connection with two actions involving Defendant-Judgment Debtor Igor Mayzenberg: (i) *Government Employees Ins. Co., et al. v. Mayzenberg, et al.*, E.D.N.Y. Case No. 1:17-cv-02802-ILG-LB in the United States District Court for the Eastern District of New York (the "NY Action"); and (ii) *Government Employees Ins. Co., et al. v. Mayzenberg, et al.*, S.D. Fla. Case No. 0:22-mc-62031-RNS in the Southern District of Florida (the "FL Action").

3. Pursuant to Fla. Stat. 55.10, I respectfully provide the following information in connection with the recording of the enclosing Amended Final Judgment entered by the Court in the NY Action and registered in the Southern District of Florida in the FL Action:

a. Debtor: Igor Mayzenberg, 1650 West 10th Street, # B2, Brooklyn, New York, 11223.

b. Creditors: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company, c/o Rivkin Radler, LLP, 926 RXR Plaza, Uniondale, NY 11556.

ƴ

c. Creditors' Attorneys: (i) Steven T. Henesy, Esq. (Florida Bar No. 1038474), Rivkin Radler, LLP, 926 RXR Plaza, Uniondale, NY 11556; (ii) Drew Krieger, Esq. (Florida Bar No. 117800), Smith, Gambrell & Russell, LLP, 50 N Laura St Ste 2600, Jacksonville, FL 32202.

The foregoing Affidavit was acknowledged before me this 18th day of November, 2022, by Steven T. Henesy, who is personally known to me, and who did take an oath.

Sworn to before me this
18th day of Nov., 2022.

Notary Public

Colleen ONeil
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02ON6397246
Qualified in Nassau County
Commission Expires September 3, 2023

Steven T. Henesy, Esq.

**NOTICE OF RECORDING FOREIGN JUDGMENT**

**Date Recorded: 12/08/2022**

**Instrument #: 118560904** - 118560903

To:

IGOR MAYZENBERG
1650 WEST 10TH STREET #B2
BROOKLYN, NY 11223

Pursuant to Florida Statutes, Section55.505, the County Administrator in and for the County of Broward, State of Florida, does hereby notify you of the recording of a Foreign Judgment in which you are named as a debtor.

An Affidavit, recorded concurrently therewith, provides the name and post office address of the judgment creditor(s). A copy of said Affidavit is attached hereto

If the creditor has a Florida attorney, the name and post office address of that attorney is

STEVEN T HENESY ESQ
SMITH GAMBRELL & RUSSELL LLP
50 N LAURA ST SUITE 2600
JACKSONVILLE, FL 32202

GIVEN UNDER MY HAND AND OFFICIAL SEAL.

COUNTY ADMINISTRATOR

By Kathleen Forini

Deputy

COUNTY COMMISSIONERS BROWARD COUNTY FLORIDA CREATED OCT. 1ST 1915

**AFFIDAVIT OF STEVEN T. HENESY**
**PURSUANT TO FLA. STAT. 55.10**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Steven T. Henesy, Esq., being duly sworn, deposes and states that the following is true under the penalties of perjury:

1. I have personal knowledge of the statements that are made in this affidavit and would testify to them in a court of law if called upon to do so.

2. I am a partner at with the law firm of Rivkin Radler LLP and am counsel for Plaintiffs-Judgment Creditors, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company in connection with two actions involving Defendant-Judgment Debtor Igor Mayzenberg: (i) *Government Employees Ins. Co., et al. v. Mayzenberg, et al.*, E.D.N.Y. Case No. 1:17-cv-02802-ILG-LB in the United States District Court for the Eastern District of New York (the "NY Action"); and (ii) *Government Employees Ins. Co., et al. v. Mayzenberg, et al.*, S.D. Fla. Case No. 0:22-mc-62031-RNS in the Southern District of Florida (the "FL Action").

3. Pursuant to Fla. Stat. 55.10, I respectfully provide the following information in connection with the recording of the enclosing Amended Final Judgment entered by the Court in the NY Action and registered in the Southern District of Florida in the FL Action:

a. Debtor: Igor Mayzenberg, 1650 West 10th Street, # B2, Brooklyn, New York, 11223.

b. Creditors: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company, c/o Rivkin Radler, LLP, 926 RXR Plaza, Uniondale, NY 11556.

c. Creditors' Attorneys: (i) Steven T. Henesy, Esq. (Florida Bar No. 1038474), Rivkin Radler, LLP, 926 RXR Plaza, Uniondale, NY 11556; (ii) Drew Krieger, Esq. (Florida Bar No. 117800), Smith, Gambrell & Russell, LLP, 50 N Laura St Ste 2600, Jacksonville, FL 32202.

The foregoing Affidavit was acknowledged before me this 18th day of November, 2022, by Steven T. Henesy, who is personally known to me, and who did take an oath.

Sworn to before me this
18th day of Nov., 2022.

Notary Public

Colleen ONeil
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02ON6397246
Qualified in Nassau County
Commission Expires September 3, 2023

Steven T. Henesy, Esq.