This instrument was prepared by
and should be returned to:

Rick S. Felberbaum, Esq.
Felberbaum & Associates, P.A.
399 South Federal Highway
Boca Raton, Florida 33432

*This space reserved for recording information*

## SPECIAL WARRANTY DEED

**THIS DEED**, made this 10th day of December, 2007, Duo Hallandale, LLC, a Florida limited liability company, whose mailing address is 6535 Nova Drive, Suite 106, Davie, Florida 3317 as "GRANTOR" and IGOR MAYZENBERG, whose mailing address is 1755 E HALLANDALE BEACH BLVD, UNIT 1007, HALLANDALE, FLORIDA 33009, as "GRANTEE."

(Whenever used herein, the terms "GRANTOR" and "GRANTEE" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

**W I T N E S S E T H:**

That the GRANTOR, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations in hand paid to GRANTOR by said GRANTEE, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the GRANTEE the following described real property, and rights and interest in real property located and situated in the County of Broward and State of Florida, to wit:

> Condominium Parcel 1007, of DUO CONDOMINIUM EAST, a Condominium, according to the Declaration of Condominium thereof, as recorded in O. R. Book 44352, Page 1281, and any amendments thereto, of the Public Records of Broward County, Florida

This conveyance is subject to the following:

1. Taxes and assessments for the year 2007 and years subsequent thereto.

2. All matters of record in the Public Records of Broward County, including, without limitation, conditions, reservations, restriction, dedications and easements of record.

3. Zoning and other governmental restrictions and regulations.

4. Covenants, conditions, restrictions, exhibits, terms and other provisions of the Declaration of Covenants, Easements and Restrictions for Duo, recorded in Official Records Book 44049 at Page 1609 of the Public Records of Broward County, Florida, including all exhibits and amendments thereto.

5. Covenants, conditions, restrictions, exhibits, terms and other provisions of the Declaration of Condominium of Duo Condominium East, a Condominium, recorded in Official Records Book 44352 at Page 1281 of the Public Records of Broward, County, Florida, including all exhibits and amendments thereto.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**TO HAVE AND TO HOLD** the same in fee simple forever.

The GRANTOR hereby specially warrants the title to the said real property, and will defend the same, against the lawful claims of all persons claiming by, through or under the said GRANTOR.

GRANTEE, by acceptance and recordation of this Special Warranty Deed, expressly and specifically approves, accepts, covenants and agrees to be bound by and to assume performance of all of the applicable provisions and requirements set forth in the recorded Declaration of Condominium described above and all amendments and/or supplements thereto, which provisions and requirements are acknowledged by Grantee to be reasonable. fair, and all of which are incorporated herein by the reference.

**IN WITNESS WHEREOF,** the GRANTOR has caused these presence to be executed by its proper office thereunto duly authorized, and its seal affixed, the day and year first above written.

Signed, sealed and delivered
in the presence of:

______________________________
Witness Signature Dawn Marie Andre

______________________________
Witness Print Name

______________________________
Witness Signature

Annmarie Griffith
Witness Print Name

**DUO HALLANDALE, LLC**
a Florida limited liability company

By:______________________________
Name: Rick S. Felberbaum
Title: Authorized Agent

STATE OF FLORIDA )
:ss
COUNTY OF BROWARD )

**BEFORE ME,** the undersigned authority, personally appeared Rick S. Felberbaum, as Authorized Agent of Duo Hallandale, LLC, a Florida limited liability company, personally known to me or who has produced __________________ as identification, who, deposes and says that he executed the foregoing Special Warranty Deed in said capacity on behalf of said partnership, for the purposes therein contained.

**WITNESS** my hand and official seal in the county and state last aforesaid, this 10th day of December, 2007.

NOTARY PUBLIC - STATE OF FLORIDA
Annmarie Griffith
Commission #DD638047
Expires: MAR. 06, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

______________________________
NOTARY PUBLIC

My Commission Expires: